SEALED

ORIGINAL

FILED-USDC-NDTX-DA
'24 APR 2 PM 2:52

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



UNITED STATES OF AMERICA

v.

MARCO PRISTER

NO. 3:24-CR-4 C R 0 1 3 8 - S

**FILED UNDER SEAL**

## INDICTMENT

The Grand Jury charges:

At all times material to this indictment:

### General Allegations

1.     On or about July 1, 2020, an Economic Injury Disaster Loan (EIDL loan) in the amount of $149,900.00 was disbursed on behalf of Company A to a BB&T bank account controlled by the defendant. However, Company A had not applied for, and did not obtain any of the proceed from, the EIDL loan.

2.     On or about July 8, 2020, an EIDL loan in the amount of $149,900.00 was disbursed on behalf of Company B to a Chase bank account controlled by the defendant. However, Company B had not applied for, and did not obtain any of the proceed from, the EIDL loan.

3.     On or about August 6, 2020, an EIDL loan in the amount of $99,800.00 was disbursed on behalf of Company C to a Chase bank account controlled by the defendant. However, Company C had not applied for, and did not obtain any of the proceed from, the EIDL loan.

4.      During a May 2, 2022, interview of the defendant by special agents from

the United States Secret Service (Secret Service) and the Small Business Administration

(SBA), Office of Inspector General, the defendant was informed that these three deposits,

totaling $399,600.00, were proceeds of fraudulently obtained EIDL loans and that the

money belonged to the United States government.  The defendant told the agents that he

transferred the remaining unspent funds from the EIDL loans to a PNC bank account and

he agreed to cooperate with the Secret Service and the SBA to have those funds returned

to the government.

## Counts One through Ten
### Theft of Government Money
### (Violations of 18 U.S.C. § 641)

5.      Paragraphs 1 through 4 of this indictment are realleged and incorporated by reference as though fully set forth herein.

6.      On or about the dates set forth below, in the Northern District of Texas, Dallas Division, the defendant, **Marco Prister**, did knowingly and willfully embezzle, steal, purloin, and convert to his use or the use of another, more than $1,000.00 of money of the United States or any department or agency thereof, that is, the defendant engaged in the following transactions using proceeds from one or more fraudulently obtained Economic Injury Disaster Loans, each transaction forming a separate count:

| Count | Date | Transaction | Amount |
|---|---|---|---|
| 1 | 05/13/2022 | PNC Check payable to T.L. | $10,000.00 |
| 2 | 05/13/2022 | PNC Check payable to G.M. | $2,500.00 |
| 3 | 05/13/2022 | PNC Check payable to E.E. | $2,100.00 |
| 4 | 05/18/2022 | PNC Wire Transfer, Reference No. W225IL21373DT9JML | $2,500.00 |
| 5 | 05/24/2022 | PNC Wire Transfer, Reference No. 255OE3234L409B5L | $4,000.00 |
| 6 | 05/31/2022 | PNC Wire Transfer, Reference No. W225VJ29333W039YA | $17,000.00 |
| 7 | 06/02/2022 | PNC Wire Transfer, Reference No. 2262K0050DSY2SQK | $7,500.00 |
| 8 | 06/21/2022 | PNC Wire Transfer, Reference No. 226LG4811MRI2MP8 | $20,000.00 |

| Count | Date | Transaction | Amount |
|---|---|---|---|
| 9 | 07/05/2022 | PNC Wire Transfer, Reference No. 227IE2724FXN7BAQ | $2,000.00 |
| 10 | 08/12/2022 | Purchase of a PNC Cashier's Check payable International Business Enterprises | $99,291.13 |

All in violation of 18 U.S.C. § 641.

A TRUE BILL

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8604
Facsimile:    214-659-8802
douglas.brasher@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MARCO PRISTER

SEALED INDICTMENT

18 U.S.C. § 641
Theft of Government Money
(Counts 1 - 10)

10 Counts

A true bill rendered

---

DALLAS                                                    FOREPERSON

Filed in open court this ___ day of April, 2024.

---

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending