IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | Criminal Action No. 3:24-CR-00138-S |
| | § | Judge Gren Scholer |
| vs. | § | |
| | § | |
| | § | |
| MARCO PRISTER, | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL
AND PRETRIAL DEADLINES TO FINALIZE PLEA AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Marco Prister ("Prister") by and through his undersigned counsel, Glenn A. Brenner, hereinafter referred to as "Counsel", and files this Unopposed Motion for Continuance of Trial and Pretrial Deadlines to Finalize Plea Agreement, and in support thereof respectfully states as follows:

I.

This cause is presently set for a Final Pretrial Conference on July 11, 2025, at 10:00 a.m.

II.

Counsel is requesting that the current trial setting and pretrial deadlines be continued because Counsel and the Government are still working on discovery, pretrial and plea bargain issues. Defendant and the Government are still in plea negotiations, Defendant is in the process of obtaining discovery, and additional time is necessary to continue negotiations in the hope of avoiding an unnecessary trial.

III.

The Government and Defendant have discussed a plea agreement likely to be accepted on both sides; alleviating the need for a trial in this matter. Both the Government and Defendant jointly submit a good faith belief that a plea agreement will be filed within the next month disposing a need to calendar this case for any trial. In addition, Counsel is visiting with Defendant this week to go over and sign the agreement.

IV.

Because of the above referenced, in addition to Counsel conferring with the Government regarding the potential agreement for resolution of the case by way of plea agreement, Counsel respectfully request this Honorable Court enter an Order granting this Motion and extend for a period of ninety (60) days, to a later date the trial setting *and the corresponding deadlines for all pretrial matters*. Counsel and Government believe that the granting of this Motion will avoid an unnecessary trial.

V.

This Motion is not solely made for the purpose of delay, but so that justice may be served. Counsel, on behalf of and with permission of the Defendant, hereby waives any claim under the Speedy Trial Act of the United States Code and the 6th Amendment of the United States Constitution for the duration of this continuance. Furthermore, any period of delay resulting from the granting of this request is excusable under 18 U.S.C. Section 3161(h).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court enter an Order granting this Motion and extend ninety (90) days the trial setting and the corresponding deadlines for all pretrial matters.

Respectfully submitted,

BRENNER LAW P.C.

By:   /s/Glenn A. Brenner_____
**Glenn A. Brenner**
Texas Bar Card No. 24082384

glenn@brennerlawpc.com

603 Munger Ave STE 100-235
Dallas, Texas 75202
(972) 378-4961
(972) 212-7124 - Fax

ATTORNEY FOR DEFENDANT,
MARCO PRISTER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served on AUSA Douglas Burton Brasher and all defense attorneys of record by CM/ECF this 2nd day of June 2025.

/s/Glenn A. Brenner
Glenn A. Brenner

## CERTIFICATE OF CONFERENCE

This is to certify that Glenn Brenner conferred with Assistant United States Attorney Douglas Burton Brasher to determine whether he agreed or opposed the *Unopposed Motion for Continuance of Trial and Pretrial Deadlines to Finalize Plea Agreement*. Counsel for Defendant attempted to verify that Mr. Brasher was indeed unopposed to additional time to secure Plea Paperwork; however, Counsel learned AUSA Brasher was in trial. Confident that Mr. Brasher would not oppose said Motion, Counsel is filing this as unopposed and will immediately amend the same if opposition is given.

/s/Glenn A. Brenner
Glenn A. Brenner