IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:24-CR-138-S |
| v. | |
| MARCO PRISTER | |

## FACTUAL RESUME

In support of Marco Prister's plea of guilty to the offense in Count 10 of the indictment, Prister, the defendant, Glenn Brennder, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count 10 of the indictment, charging a violation of 18 U.S.C. § 641, that is, theft of government money, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First*: That the money described in the indictment belonged to the United States government;

*Second*: That the defendant stole, or knowingly converted, such money to the defendant's own use or to the use of another;

*Third*: That the defendant did so knowing the money was not his and with intent to deprive the owner of the use or benefit of the money; and

*Fourth*: That such property then had a value in excess of $1,000.

---

[1] Fifth Circuit Pattern Jury Instruction 2.27 (5th Cir. 2024).

**Factual Resume—Page 1**

## STIPULATED FACTS

1. Marco Prister admits and agrees that on or about August 12, 2022, in the Northern District of Texas, Dallas Division, he did knowingly and willfully embezzle, steal, purloin, and convert to his use or the use of another, more than $1,000.00 of money of the United States or any department or agency thereof, that is, the defendant used proceeds from one or more fraudulently obtained Economic Injury Disaster Loans to purchase a PNC Cashier's Check payable to International Business Enterprises in the amount of $99,291.13, in violation of 18 U.S.C. § 641.

2. On or about July 1, 2020, $149,900.00 was deposited into one of the defendant's bank accounts.

3. On or about July 8, 2020, $149,900.00 was deposited into one of the defendant's bank accounts.

4. On or about August 6, 2020, $99,800.00 was deposited into one of the defendant's bank accounts.

5. On May 2, 2022, the defendant was informed by special agents from the United States Secret Service (Secret Service) and the Small Business Administration, Office of Inspector General (SBA), that these three deposits were proceeds of fraudulently obtained Economic Injury Disaster Loans and that the money belonged to the United States government.  The defendant agreed to cooperate with the Secret Service and the SBA to have the remaining unspent funds returned to the government.

6. Thereafter, the defendant stole and converted $166,891.13 of the government's money by engaging in the following financial transactions:

| Date | Transaction | Amount |
|---|---|---|
| 05/13/2022 | PNC Check payable to T.L. | $10,000.00 |
| 05/13/2022 | PNC Check payable to G.M. | $2,500.00 |
| 05/13/2022 | PNC Check payable to E.E. | $2,100.00 |
| 05/18/2022 | PNC Wire Transfer, Reference No. W225IL21373DT9JML | $2,500.00 |
| 05/24/2022 | PNC Wire Transfer, Reference No. 255OE3234L409B5L | $4,000.00 |
| 05/31/2022 | PNC Wire Transfer, Reference No. W225VJ29333W039YA | $17,000.00 |
| 06/02/2022 | PNC Wire Transfer, Reference No. 2262K0050DSY2SQK | $7,500.00 |
| 06/21/2022 | PNC Wire Transfer, Reference No. 226LG4811MRI2MP8 | $20,000.00 |
| 07/05/2022 | PNC Wire Transfer, Reference No. 227IE2724FXN7BAQ | $2,000.00 |
| 08/12/2022 | Purchase of a PNC Cashier's Check payable International Business Enterprises | $99,291.13 |

All in violation of 18 U.S.C. § 641.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited

purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count 10 of the indictment.

AGREED TO AND STIPULATED on this ___ day of May, 2025.

x _____  6-3-25
MARCO PRISTER
Defendant

_____  6-3-25
GLENN BRENNER
Attorney for Defendant

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
Facsimile:  214-659-8802
douglas.brasher@usdoj.gov

Factual Resume—Page 4