Second Motion dated 09/08/2025 with reference to first motion dated 09/04/2025
Defendant: Marco Prister - Indictment 3-24-CR-138-S dated 04/02/2024

United States District Court
Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242

FILED-USDC-NDTX-DA
'25 SEP 9 AM 10:20
km

Attention: Honorable Karen Gren Scholer, United States District Judge

Reference:
Motion filed on 09/04/2024 to Substitute Counsel Appointed on April 2, 2024, by the Honorable Clinton E. Averitte, United States Magistrate Judge
Motion filed on 09/04/2024 to Authorize Second Chair Counsel, in Association with a Pro Bono Italian Attorney and Professor at the University of Rome, Pursuant to a Statement Made on this very subject on April 2, 2024, by the Honorable Clinton E. Averitte, United States Magistrate Judge, Referencing a Connection to the Italian Embassy and the Movant's Dual Citizenship

Dear Honorable Judge Scholer:

The undersigned, appearing pro se, respectfully submits this Second Motion to the Court, referencing the concerns previously raised in the First Motion regarding a fundamental disagreement with appointed counsel concerning case strategy and respectfully requesting the relief detailed herein.

The undersigned further submits that the correspondence received on this date from appointed counsel does not resolve the Movant's concerns regarding the ongoing disagreement over case strategy and plea considerations.

Accordingly, the Movant respectfully requests that the Court grant the following relief: (1) the substitution of current counsel with new counsel; (2) the appointment of second chair counsel to assist in the proceedings; and (3) an order directing the production of all relevant documents and evidence necessary to facilitate a fair and informed resolution of this matter.

Respectfully submitted,

*Marco Prister* (signature)

Marco Prister
712 Pinehurst Drive
Richardson, Texas 75080
972-561-0867
(Please leave message on voicemail)
mprister@hotmail.com
Pro Se